In the Matter of WILLIAM F. RANDEL.— Application granted. Order to be settled on notice. Present — Dowling, Laughlin, Smith, Page and Shearn, JJ.

JAY G. WILBRAHAM, Respondent, v. JENNY STAFFORD MURPHEY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.

PIPE AND CONTRACTORS SUPPLY COMPANY, Appellant, v. CLEAVER M. LIPHART, Respondent.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.

JOHN H. DOSCHER, Respondent, v. JOHN BEGG, LTD., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.; Shearn, J., dissented.

In the Matter of the Estate of ANNIE F. BURNHAM, Deceased. CHARLES L. BURNHAM, as Executor, etc., Appellant; THE COMPTROLLER OF THE STATE OF NEW YORK, Respondent.— Order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.

EDWARD M. DECKER and Another, as Temporary Administrators, etc., of L. CECELIA DECKER, Deceased, Respondents, v. FREDERIC H. DECKER, Appellant.— Order modified by providing that plaintiffs file a written stipulation that the testimony heretofore given on the accounting proceeding may be received in any other action that may be brought by the personal representatives of the deceased plaintiff and the defendant for an accounting. If such stipulation be not so filed, the order appealed from is reversed, with ten dollars costs and disbursements, and the motion denied, with ten dollars costs. No opinion. Order to be settled on notice. Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.

HARRY GORDON, Respondent, v. BONA REALTY AND IMPROVEMENT COMPANY, INC., and Others, Appellants.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.

ABRAHAM WEINTRAUB, Respondent, v. MURRAY ELECTRIC LIGHT AND POWER COMPANY, Appellant.— Order reversed and motion granted, without costs. No opinion. Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.

J. B. CROCKETT COMPANY, INC., Appellant, v. ALEXANDER S. HECHT, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.

In the Matter of MADISON CHAMBERS COMPANY, INC. (ANNA M. K. HAWKESWORTH and Others).— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.

EUGENE L. NELSON and Others v. MORRIS WALTER, Appellant.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order. Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.